IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN HARTWIG,

    Plaintiff,

v.

                                                    Case No.  23-cv-8-wmc

BYRIDER FINANCE, LLC,
d/b/a Car Now Acceptance Company,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Byrider Finance, LLC against plaintiff Bryan Hartwig dismissing this case without prejudice.

| s/ Deputy Clerk | 1/28/2025 |
|---|---|
| Joel Turner, Clerk of Court | Date |